IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GETTING GRACE FILM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HANNOVER HOUSE, INC., *et al.*, <br><br> Defendants. | CIVIL ACTION <br> No. 19-1607 |

# ORDER

**AND NOW**, this 3rd day of September, 2020, upon consideration of Defendants' Motions to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim, or, in the alternative, Motion to Transfer Venue pursuant to 28 U.S.C. § 1404 (ECF No. 46), all supporting and opposing papers, and for the reasons elaborated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**;

2. Lacking personal jurisdiction thereover, all claims asserted in this matter against Defendants Erik F. Parkinson, D. Frederick Shefte, and Tom Sims shall be **SEVERED** and **TRANSFERRED** to the United States District Court for the Western District of Arkansas;

3. Defendant's Motion in the Alternative to Transfer Venue pursuant to 28 U.S.C. § 1404 is **GRANTED**;

4. Pursuant to 28 U.S.C. § 1404, all claims asserted in this matter against Defendants Hannover House, Inc. and Medallion Releasing, Inc. shall also be **TRANSFERRED** to the United States District Court for the Western District of Arkansas; and

5. The Clerk of Court shall mark this matter as terminated for statistical purposes.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.